# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No: 1:17-cr-110-CRC** |
| **SHAN SHI, *et al.*,** | |
| **Defendants.** | |

## DR. SHI'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT OR IN THE ALTERNATIVE, TO SEAL DOCKET NO. 181-1

Please take notice that Defendant Dr. Shi submits this Motion to Remove Incorrectly Filed Document or in the Alternative to Seal Docket No. 181-1. The declaration of Dr. Gladysz (ECF No. 181-1) contained in the reply in support of Dr. Shi's Motion to Exclude the Testimony of Peter Mattis was inadvertently filed publicly. This declaration contained information that should have been filed under seal in accordance with the protective order issued in this case (ECF No. 52). The defense apologizes for this omission, and any inconvenience it has caused the court. After discovering the error, counsel contacted the clerk's office and put a temporary lock on the document. The defense has already refiled this document under seal and respectfully requests that the unsealed document be permanently deleted from the docket or sealed.

Dated: April 18, 2019

Respectfully submitted,

 /s/ Peter Zeidenberg
Peter Zeidenberg (Bar No. 440803)
Taniel Anderson (Bar No. 997406)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Tel: 202.857.6000
Fax: 202.857.6395
peter.zeidenberg@arentfox.com
taniel.anderson@arentfox.com

*Counsel for Defendant Shan Shi*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, I caused to be delivered a true and accurate copy of the foregoing through the Court's electronic filing system to all counsel of record.

*/s/ Peter Zeidenberg*
Peter Zeidenberg